PEOPLE V CARSON, No. 137328. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284731.

PEOPLE V LANGO, No. 137377. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284369.

PEOPLE V CARLOS COLLINS, No. 137387; Court of Appeals No. 277098.

PEOPLE V TAMBURINO, No. 137413; Court of Appeals No. 286161.

PEOPLE V WILLIAM BROWN, No. 137430. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 284779.

PEOPLE V ROBART, No. 137444. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285358.

PEOPLE V CALL, No. 137455; Court of Appeals No. 278809.

FRANKLING V VAN BUREN CHARTER TOWNSHIP, No. 137484; Court of Appeals No. 271228.

PEOPLE V WHITEHORN, No. 137502; Court of Appeals No. 278899.

PEOPLE V GILBERT, No. 137581. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285514.

DETROIT INTERNATIONAL BRIDGE COMPANY V COMMODITIES EXPORT CORPORATION, No. 137611; reported below: 279 Mich App 662.

PEOPLE V MALCOLM WALKER, No. 137650; Court of Appeals No. 279515.

PEOPLE V COLEMAN, No. 137661; Court of Appeals No. 278948.

PEOPLE V BURRELL, No. 137676. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286763.

PEOPLE V GREGG, No. 137693. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286717.

PEOPLE V JOHN THOMPSON, No. 137697; Court of Appeals No. 285235.

PEOPLE V HOLMES, No. 137715; Court of Appeals No. 276591.

PEOPLE V MCNAMEE, No. 137719. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 288097.

PEOPLE V FLOYD, No. 137720; Court of Appeals No. 287468.

PEOPLE V DUSENBERY, No. 137722; Court of Appeals No. 287337.